**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. SATERA WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV-13-1205-M |
| | ) | |
| 1. INTEGRIS HEALTH, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff and hereby stipulates that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 17th DAY OF OCTOBER, 2014**.

s/ Christine E. Coleman
Mark Hammons, OBA #3784
Christine E. Coleman, OBA # 30527
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 17th day of October, 2014.

Leonard Court, OBA #1948
Courtney Warmington, OBA #18486
Daniel P. Johnson, OBA #20742
CROWE & DUNLEVY
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
leonard.court@crowedunlevy.com
courtney.warmington@crowedunlevy.com
daniel.johnson@crowedunlevy.com
**ATTORNEY FOR DEFENDANT**
**INTEGRIS *HEALTH*, INC.**

                                  s/ Christine E. Coleman